**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10553 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-02316-RCC |
| v. | |
| EZEQUIEL ESPINOSA-JIMENEZ, a.k.a. Daniel Jimenez-Hernandez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted July 21, 2015[**]

Before:     CANBY, BEA, and MURGUIA, Circuit Judges.

Ezequiel Espinosa-Jimenez appeals from the district court's judgment and

challenges his jury-trial conviction and 63-month sentence for attempted reentry

after deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v.*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Espinosa-Jimenez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Espinosa-Jimenez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Espinosa-Jimenez's motion for an extension of time filed on April 6, 2015, is denied as moot in the light of the court's order on the same date granting an extension sua sponte.

**AFFIRMED.**

13-10553